# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

_Asheville_ Division

| | |
|---|---|
| Myron Wayne Bodtker <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Wal-Mart Incorporated <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 1:21cv-213-MR-WCM <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔Yes ☐No <br><br> **FILED** <br> ASHEVILLE, N.C. <br><br> AUG 09 2021 <br><br> U.S. DISTRICT COURT <br> W. DIST. OF N.C. |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

    **A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Myron Wayne Bodtker |
| Street Address | 833 Mountain Cove Rd |
| City and County | Hendersonville, Henderson County |
| State and Zip Code | N.C. 28792 |
| Telephone Number | 828-458-8185 |
| E-mail Address | myronbodtker@outlook.com |

    **B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Wal-Mart Incorporated |
| Job or Title *(if known)* | |
| Street Address | 702 SW 8th St. |
| City and County | Bentonville, Benton County |
| State and Zip Code | AR 72712 |
| Telephone Number | (800) 925-8278 |
| E-mail Address *(if known)* | https://corporate.walmart.com/contact-us |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Wal-Mart store 1242 |
| Street Address | 250 Highlands Square Drive |
| City and County | Hendersonville, Henderson |
| State and Zip Code | N.C. 28792 |
| Telephone Number | (828) 696-8285 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Other federal law *(specify the federal law)*:

The 9th and 13th amendments to the United States Constitution

[✔] Relevant state law *(specify, if known)*:

N.C.G.S. 130A-157,    N.C. Constitution

[ ] Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☑ Other acts *(specify)*: refusal of employer to acknowledge plaintiff's religious exemption

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
July 1, 2020 to the present

C. I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☑ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

> Wednesday, July 1, 2020, N.C. Governor Roy Cooper's executive order requiring face coverings in retail stores went into effect. Tuesday, June 30, 2020 Myron Wayne Bodtker, plaintiff, submitted a written claim of religious exemption to the face covering mandate to Joe Swingle, Jr., general manager of Wal Mart Store 1242, 250 Highlands Square Dr., Hendersonville, N.C. 28792 where the plaintiff is employed, and the same claim to the Wal Mart Ethics Hotline. Wal Mart legal repeatedly denied the plaintiff's claim of religious exemption. On or before August 12, 2020, the plaintiff filed Case 493-2020-01796, a complaint of religious discrimination with the EEOC. On June 2, 2021 EEOC declined to rule either for the plaitiff or the defendant and on June 24, 2020, the EEOC declined a motion to reconsider case. On June 16, 2021, the plaintiff filed a second related complaint, Case 430-2021-01728, with the EEOC.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
Case 493-2020-01769 filed 08/12/2020  (see addenda)
Case 430-2021-01728 filed 06/16/2021  (see addenda)

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 06/02/2021 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

From July 1, 2020 to the present, Wal-Mart Incorporated has refused to recognize my claim of religious exemption to the Covid 19 face covering mandate they implemented and have forced me to wear a mask or leave.

From May 18, 2021 to the present Wal-Mart Incorporated discriminated against the plaintiff for claiming a religious exemption to Covid 19 vaccination under N.C.G.S. 130A-157 by requiring ONLY the unvaccinated to wear face covering and offering vaccinated employees ONLY a $75 bonus.

The relief sought by the plaintiff is for the court to rule that to be in compliance with the 1964 Civil Rights Act, any business policy which recognizes individual exemptions must also recognize a religious exemption. The plaintiff in addition requests 300,000 in punitive damages for having his religious rights violated for over a year.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/9/2021

Signature of Plaintiff: *Myron Wayne Bodtker*

Printed Name of Plaintiff: Myron Wayne Bodtker

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address