# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00213-MR-WCM

| | |
|---|---|
| **MYRON WAYNE BODTKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **vs.** ) | |
| ) | |
| **WAL-MART, INCORPORATED,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Plaintiff filed this action on August 9, 2021, against Wal-Mart, Incorporated. [Doc. 1]. On December 3, 2021, the Court entered an Order directing the Plaintiff to show cause for his failure to effect service on the Defendant. [Doc. 6]. The Plaintiff was specifically warned that failure to respond in writing within fourteen (14) days of the entry of the Order would result in a dismissal of this action without prejudice. [Id.]. In response, the Plaintiff moved for an extension of time to serve the Defendant. [Doc. 7]. The Court granted the Plaintiff's motion in part and gave him an additional thirty (30) days to serve the Defendant. [Doc. 8]. More than 30 days have now passed, and although the docket indicates that a summons was issued

to the Plaintiff, there is no indication that service has been made on the Defendant.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall file proof of service on the Defendant **within ten (10) days of the entry of this Order**. Failure of the Plaintiff to comply with this Order will likely result in the dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Signed: February 8, 2022

Martin Reidinger
Chief United States District Judge