IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00213-MR-WCM

| | | |
|---|---|---|
| MYRON WAYNE BODTKER, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court following Plaintiff's submission of a proposed Amended Complaint. See Doc. 39 (Pro Se 1 (Complaint for a Civil Case)).

To the extent Plaintiff wishes to amend his existing Complaint, see Doc. 1 (Pro Se 7 (Complaint for Employment Discrimination)), such an amendment must be made pursuant to the Federal Rules of Civil Procedure and the Local Rules, either with Defendant's consent or leave of Court. In that regard, any motion seeking leave to amend must be accompanied by a brief and the proposed Amended Complaint.

1

**IT IS THEREFORE ORDERED THAT** to the extent Plaintiff's filing constitutes a request for leave to file an Amended Complaint, it is **DENIED WITHOUT PREJUDICE**.

Signed: April 24, 2023

W. Carleton Metcalf
United States Magistrate Judge