IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00213-MR-WCM

| | | |
|---|---|---|
| MYRON WAYNE BODTKER, | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| WAL-MART, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on a Joint Motion to Substitute Mediator and to Extend Mediation Deadline (the "Motion," Doc. 82) by which the parties request that Bill Brazil be substituted in the place of their previously designated mediator, Steve Dunn, and that the deadline to complete mediation be extended through and including April 5, 2024.

The Motion (Doc. 82) is **GRANTED**, Mr. Brazil is **SUBSTITUTED** in the place of Mr. Dunn as the mediator for this case, and the deadline for the parties to complete mediation is **EXTENDED** through and including April 5, 2025.

1

All other provisions of the Pretrial Order and Case Management Plan (Doc. 46), including the April 3, 2024 deadline to file dispositive motions, if any, remain in effect.

It is so ordered.

Signed: March 27, 2024

W. Carleton Metcalf
United States Magistrate Judge