# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| MYRON WAYNE BODTKER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00213-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| WAL-MART INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2024 Memorandum of Decision and Order.

June 27, 2024

_____
Katherine Hord Simon, Clerk
United States District Court